**STATEMENT OF FACTS**

  On or about March 17, 2015, officers with the Metropolitan Police Department received a dispatch for a man with a gun. While driving, officers observed the defendant, Dwayne Dolberry, who matched the description given by the dispatcher, walking in the 1600 block of Trinidad Avenue, N.E., Washington, D.C. Officers approached the defendant, asked if he had anything on him, and if they could pat him down. The defendant gave consent. Officers patted the defendant down, felt a firearm, and later recovered a loaded Keltec 9mm semi-automatic handgun from the defendant's left side vest pocket. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Dwayne Dolberry, a/k/a Wayne Dolberry, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. 2003-FEL-005050. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Keltec 9mm semi-automatic handgun nor 9mm ammunition manufactured in the District of Columbia.

_____
OFFICER JOHN WRIGHT
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF MARCH, 2015.

_____
U.S. MAGISTRATE JUDGE